31,418-06

April 19, 2015

Attn: Clerk of Court

P.O. Box 12308

Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 23 2015

Abel Acosta, Clerk

RE: Change of Address Notice, Reurging Judicial Notice
Prather, Jesse Kenneth, Tr. Ct. 1034927-B - WR-31418-06

Please take notice that since the commencement of the writs original Filing Applicant is reporting an Address change. New → Jesse K. Prather

No. 1343046

Hughes Unit

RT. 2 Box 4400

Gatesville, Tx. 76597

Please take Further notice that Applicant has enclosed a previous request for judicial notice and now reurges its Filing.

Thank you for your attention

Respectfully

Jesse K. Prather

Enclosures//cc: